1
2
3                                                          JS-6
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10
11  Tony Dara Po,                  )  Case No. **CV 10-1701-JFW (Ex)**
                                   )
12           Plaintiff,            )  **ORDER DISMISSING CIVIL ACTION**
                                   )
13       v.                        )
                                   )
14  City of Long Beach, et         )
    al.,                           )
15                                 )
             Defendants.           )
16  _____
17
18
         THE COURT has been advised by counsel that this action
19
    has been settled, or is in the process of being settled.
20
         IT IS THEREFORE ORDERED that this action is hereby
21
    dismissed without prejudice to the right, upon good cause
22
    shown within 60 days, to re-open the action if settlement is
23
    not consummated.  During this 60 day period, this Court
24
    retains full jurisdiction over this action and this Order
25
    shall not prejudice any party to this action.
26
    / / /
27
    / / /
28

(Rev. 2/15/08)

1    In the event a motion or *ex parte* application to re-open
2 is not filed within 60 days, the dismissal of this action
3 will be with prejudice.

5 Dated: November 17, 2010                    /s/ John F. Walter
                                              JOHN F. WALTER
6                                             United States District Judge

(Rev. 2/15/08)                               2